Magistrate Judge James P. Donohue

\_\_\_\_\_FILED        \_\_\_\_\_ENTERED
\_\_\_\_\_LODGED      \_\_\_\_\_RECEIVED

JUN – 4 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br><br>v.<br><br>BENJAMIN GRAN,<br><br>Defendant. | NO. MJ 13-281<br><br>COMPLAINT for VIOLATION<br><br>Title 18, United States Code, Sections 2252(a)(2) and (b)(1), and 2252(a)(4)(B) and (b)(2) |

BEFORE, James P. Donohue, United States Magistrate Judge, United States Courthouse, Seattle, Washington.

### COUNT 1
### (Receipt of Child Pornography)

Beginning on a date unknown, and continuing until on or about July 8, 2011, at Auburn, within the Western District of Washington, and elsewhere, BEJNAMIN GRAN did knowingly receive, and attempt to receive, visual depictions the production of which involved the use of a minor engaged in sexually explicit conduct, and the visual depictions were of such conduct, using any means and facility of interstate and foreign commerce and which images had been mailed and shipped and transported in and

\\

COMPLAINT/GRAN - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  affecting interstate and foreign commerce by any means, including by computer.

2         All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

3                                **COUNT 2**
4                      **(Possession of Child Pornography)**

5         Beginning on a date unknown, and continuing until on or about July 8, 2011, at

6  Auburn, within the Western District of Washington, and elsewhere, BENJAMIN GRAN

7  did knowingly possess matter that contained visual depictions the production of which

8  involved the use of minors engaging in sexually explicit conduct, and the visual

9  depictions were of such conduct, that had been mailed and shipped and transported using

10 any means or facility of interstate and foreign commerce, including by computer, and

11 which had been produced using materials that had been mailed and shipped and

12 transported in and affecting interstate and foreign commerce by any means.

13        All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

14

15        The undersigned complainant being duly sworn further states:

16

17        1.      I, Timothy A. Ensley, am a Special Agent with the U.S. Department of

18 Homeland Security (DHS), Homeland Security Investigations (HSI), assigned to the

19 Special Agent in Charge (SAC) Seattle, Washington.  I have been an agent with HSI

20 since May 2009.  HSI is responsible for enforcing the customs and immigration laws and

21 federal criminal statutes of the United States.  As part of my duties, I investigate criminal

22 violations relating to child exploitation and child pornography, including violations

23 pertaining to the illegal production, distribution, receipt, and possession of child

24 pornography and material involving the sexual exploitation of minors in violation of 18

25 U.S.C. §§ 2251, 2252(a) and 2252A(a).  I am a graduate of the Federal Law Enforcement

26 Training Center (FLETC), HSI Special Agent Training Program, and have received

27 further specialized training in investigating child pornography and child exploitation

28

COMPLAINT/GRAN - 2

1  crimes. I have also had the opportunity to observe and review examples of child
2  pornography (as defined in 18 U.S.C. § 2256(8)). I have participated in the execution of
3  search warrants that involved child exploitation and/or child pornography offenses, and
4  the search and seizure of computers and other digital devices. I am a member of the
5  Seattle Internet Crimes Against Children (ICAC) Task Force in the Western District of
6  Washington, and work with other federal, state, and local law enforcement personnel in
7  the investigation and prosecution of crimes involving the sexual exploitation of children.
8         2.      As further detailed below, based on my investigation and the investigation
9  of other law enforcement officers, specifically, HSI Special Agents Lisa Vlad, Peter W.
10  Manning and Greg D. Squire, I submit there is probable cause to believe that
11  BENJAMIN GRAN has committed the violations described above. In particular, the
12  investigation has uncovered substantial evidence that BENJAMIN GRAN knowingly
13  received and possessed child pornography on or before July 8, 2011.

## I. SUMMARY OF INVESTIGATION

15        3.      A joint investigation is being conducted by DHS, the Amsterdam Police
16  Department in The Netherlands, and the Dutch National Police into activities that, under
17  the laws of the United States, would be criminal violations of 18 U.S.C. §§ 2251 and
18  2252, relating to the sexual exploitation of children and the production, distribution,
19  receipt, transportation, and possession of material involving the sexual exploitation of
20  children. More specifically, international law enforcement is investigating multiple
21  individuals associated with a now-defunct online forum for those with a sexual interest in
22  children. In the online forum, individuals exchanged stories and information with each
23  other. The joint investigation detailed herein is focused on a smaller network of
24  individuals on the forum, and has thus far resulted in 12 arrests and the identification of
25  over 100 children who were removed from the reach of persons who sexually exploited
26  them. Based upon the results of the joint investigation so far, it appears that all 12 of the
27  arrested individuals were personally involved in the sexual exploitation of children.
28

COMPLAINT/GRAN - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    4.    Pursuant to this joint investigation, on December 7, 2010, Robert
2  Mikelsons was arrested in The Netherlands after the investigation showed that he was a
3  member of this network.  Mikelsons was charged in The Netherlands with crimes that
4  under the laws of the United States would constitute production, distribution, and
5  possession of child pornography, as well as with the sexual assault of minors.  At present,
6  law enforcement has identified approximately 86 to 90 children that Mikelsons sexually
7  assaulted.  Mikelsons recorded many of these sexual assaults on video and considered the
8  video recordings to be his "artwork."  Following his arrest, Mikelsons was interviewed
9  multiple times by Dutch authorities and HSI agents.  Mikelsons was ultimately convicted
10  on 67 child abuse charges and sentenced to 19 years imprisonment in April 2012.
11    5.    As described in further detail below, BENJAMIN GRAN had been a friend
12  of Mikelsons since at least 2004; had communicated with Mikelsons via a now-defunct
13  website and online forum for "boylovers," www.BoyLover.net (also known as "BL.net");
14  had communicated with Mikelsons outside the website and forum regarding "boylover"
15  topics; and had visited Mikelsons in Amsterdam on multiple occasions.  Based on my
16  knowledge, training, and experience, "boylovers" are adult males or older teenaged boys
17  who have a sexual attraction to younger, prepubescent boys (generally, 12 years old and
18  younger).  "Boylovers" believe that this attraction is neither wrong nor harmful, believe
19  that they have a partial obligation to educate young boys and others about the validity of
20  their desires, and constantly reach out to other like-minded individuals for the validation
21  and support of these beliefs.  "Boylovers" also believe they can carry on long, healthy
22  relationships with young boys that can either include sexual relations or not.  The North
23  American Man-Boy Love Association (NAMBLA) is one fairly well-known example of
24  a group of "boylovers."
25    6.    The www.BoyLover.net website was dismantled in 2009 as part of an
26  ongoing international law enforcement initiative, Operation Rescue, due to the website's
27  role in the transmission and dissemination of child pornography around the world.
28

COMPLAINT/GRAN - 4

1  Investigation revealed that users of the website had uploaded images of child
2  pornography to the website's "darkroom," which was identified as an area for upload of
3  originally-produced images of child pornography or other "original boy photographs."
4  The www.BoyLover.net website also contained a forum wherein members could discuss
5  their sexual interest in boys and share stories about their interests and experiences.  As
6  noted above in Paragraph 5, BENJAMIN GRAN and Mikelsons communicated with each
7  other about "boylover" topics using the www.BoyLover.net website.

8        7.     Following Mikelsons' arrest in December 2012, and pursuant to a Mutual
9  Legal Assistance Treaty (MLAT) request for all data that may contain information about
10 suspects and victims in the United States associated with this international group as
11 described in Paragraph 3, the Amsterdam Police Department (APD) provided HSI agents
12 in Boston with multiple hard drives containing forensic images of Mikelsons' digital
13 media.  The data on the hard drives included several file "containers" which were
14 encrypted through the use of specialized software.  The data within these "containers"
15 was later decrypted through use of a password Mikelsons provided to APD.  A forensic
16 examination of Mikelsons' digital media revealed, among other things, thousands of
17 email communications between GRAN and Mikelsons dating back to at least 2004.

18       8.     In one of the earliest emails between GRAN and Mikelsons, dated February
19 11, 2004, GRAN and Mikelsons discussed their mutual sexual interest in young boys.  In
20 that email, GRAN told Mikelsons that when he was 11 or 12 years old, he "wish[ed]
21 there was porno I could look at with people my age in it, instead of these hairy, wrinkled
22 old things... But there wasn't any to be found, so instead of looking at porn, I had sex
23 with kids my age :)  And also I discovered that many issues of National Geographic
24 Magazine had nude children in them, so I made a scrap book of all the nudes I could find,
25 and would look at that whenever I jerked off... I think it's pretty ridiculous that a parent
26 can give permission to have part of a boy's penis cut off, but they can't give permission
27
28

COMPLAINT/GRAN - 5

1  for a photo or video of him playing with himself, even though that's something he would
2  do anyways."

3       9.     In another early email exchange between GRAN and Mikelsons, dated
4  March 4, 2004, they continued their discussion about young boys.  Mikelsons told GRAN
5  that "at age of 16 I finally had to admit it - I am a 'pedophile.'  Children are my primary
6  source of arousal."

7       10.    Over the next two to three years, GRAN and Mikelsons continued to
8  exchange emails and discuss their respective mutual attractions to young boys.  In these
9  emails, Mikelsons discussed his job working at a daycare center in Amsterdam, and
10  offered to take GRAN to work with him during GRAN's visits to Mikelsons in May of
11  2005 and again in early 2006.  Mikelsons, in the interviews with Dutch authorities
12  described above in Paragraph 4, admitted to sexually abusing children under his care at
13  this daycare center in Amsterdam, and admitted to filming the assaults.

14       11.    In 2007, GRAN and Mikelsons exchanged further emails regarding
15  GRAN's next upcoming visit to Mikelsons, including advice from Mikelsons to GRAN
16  on how to clear Customs at the airport in Amsterdam.  Following the trip, GRAN sent
17  Mikelsons an email to tell Mikelsons he uploaded pictures of "cuties" to the "darkroom"
18  on the www.BoyLover.net website.  Based on my knowledge, experience, and training,
19  "cuties" is a term used in this context to refer to young boys.  As noted in Paragraph 6,
20  above, and from discussions with investigators who helped take down the
21  www.BoyLover.net website, the "darkroom" allowed members of the website to post
22  their original photographs of boys, and was also found to be a destination for the upload
23  and download of members' originally-produced images of child pornography.

24       12.    As noted above in Paragraph 7, the APD provided HSI agents with forensic
25  images of Mikelsons' hard drives.  One of those hard drives, which was located in
26  Mikelsons' primary computer, contained a folder titled "Funboy," which in turn
27  contained hundreds of files, many of which were images of young boys.  One of the
28

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  email accounts GRAN used to communicate with Mikelsons is

2  "funboy4boys@netscape.net." Along with the images of young boys in the "Funboy"

3  folder found on Mikelsons' hard drive there were also photographs of GRAN as an adult

4  and as a young child, and photographs of another adult male, later identified as an

5  individual with the initials P.R.  SA Lisa Vlad compared the photographs of GRAN

6  found on Mikelsons' hard drive to the photo in the Washington State Department of

7  Licensing (WSDOL) database for BENJAMIN GRAN, and determined that they depicted

8  the same individual.  Both the "Funboy" folder and a Microsoft Outlook folder on

9  Mikelsons' computer contained contact information for GRAN, to include a residential

10  address in Auburn, Washington.

11       13.    SA Vlad obtained property records from the King County Assessor's Office

12  for the residential address in Auburn, Washington, that was found on Mikelsons'

13  computer.  These property records listed GRAN and P.R. as the taxpayers for the

14  property.  In emails between GRAN and Mikelsons, recovered from Mikelsons'

15  computer, GRAN states that P.R. is his boyfriend.  In one email, dated September 3,

16  2004, Mikelsons tells GRAN that Mikelsons' boyfriend will often point out a "cute

17  toddler or daycare-boy" while they are out.  GRAN replied:

18          My BF often does the same as your BF does, and it makes me very
19          uncomfortable in public, because it makes me feel like I'm 'cruising' for
        boys, rather than just enjoying myself at a place where lots of boys are.  I
20          also worry that other people will here [sic] him, and focus their attention on
21          us.  Although I must admit I am also guilty of sometimes pointing out a
        nerdy boy who I think he might like.
22

23       14.    In one of the consensual interviews described in Paragraph 4 above,

24  Mikelsons described a time when he had a hard drive failure and lost most of his

25  collection of child pornography that he had personally produced.  Mikelsons further

26  stated that he had sent most of this homemade child pornography to an individual in the

27  United States, and that this individual agreed to send Mikelsons a USB flashdrive

28

COMPLAINT/GRAN - 7

1  containing the homemade child pornography so that Mikelsons could restore his
2  collection. This individual was identified as Eric Schuster. Mikelsons further stated that
3  Schuster did not want to send the USB flashdrive with child pornography directly to him,
4  so Mikelsons suggested to Schuster that he send the USB flash drive with child
5  pornography to GRAN. Mikelsons then emailed GRAN to make arrangements for the
6  shipment of the USB thumbdrive. In one of those emails, Mikelsons asked GRAN if he
7  had PayPal, as that would be easier than wiring money directly to GRAN for the cost of
8  shipping the USB thumbdrive to Amsterdam. GRAN suggested that Mikelsons buy an
9  eBay item that GRAN had for sale, and pay for it and the shipping using PayPal. GRAN
10 told Mikelsons that this would streamline shipping of the USB flashdrive, and would
11 allow GRAN to meet his item quota "to remain a Power Seller" on eBay. An email from
12 GRAN to Mikelsons in early July 2009 confirmed that GRAN had received a USB
13 thumbdrive in the mail for Mikelsons.

14      15.     Eric Schuster was arrested in April 2011 by HSI agents in Wisconsin.
15 Schuster was later sentenced to 262 months imprisonment for Production of Child
16 Pornography in the United States District Court for the Western District of Wisconsin.

17      16.     On March 8, 2011, agents sent a DHS administrative summons to PayPal
18 requesting information on GRAN's account(s). PayPal complied with the summons and
19 produced records on or about April 25, 2011, consisting of account information for a
20 number of different PayPal accounts owned and used by GRAN. One of those accounts,
21 linked to the email address "mostlymedia@gmail.com," appeared to be GRAN's primary
22 PayPal account. Along with account registration information, PayPal provided an
23 activity log, showing the Internet Protocol (IP) address GRAN used to login and
24 otherwise access the PayPal account linked to the "mostlymedia@gmail.com" email
25 address, and a transaction log, showing the dates, times, dollar amounts, transaction IDs,
26 email addresses, physical addresses, item descriptions, and more for the PayPal
27 transactions linked to the "mostlymedia@gmail.com" account. PayPal also produced

28

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   information identifying GRAN's bank account that was linked to his PayPal account. A

2   review of the information provided by PayPal revealed that Robert Mikelsons purchased

3   an item from GRAN on eBay on or about July 2, 2009, and provided a mailing address in

4   Amsterdam, The Netherlands, to which the item was to be shipped.

5        17.    As noted above in Paragraph 12, contact information for GRAN was found

6   on Mikelsons' computer. APD also reported that a piece of paper with GRAN's name, a

7   residential address, and telephone number was found in Mikelsons' residence in

8   Amsterdam. This same residential address was listed in the PayPal records described

9   above in Paragraph 16, and was also contained in the WSDOL database as GRAN's

10  residential address. The full residential address and telephone number are known to me,

11  but are not included in this Affidavit. Agents sent DHS administrative summonses to

12  Qwest and Comcast, two Internet Service Providers (ISPs) in the greater Seattle area, to

13  determine whether either ISP provided service to GRAN's residential address in Auburn,

14  Washington. Comcast responded to the summons with subscriber information for GRAN

15  indicating that they had provided residential high speed internet service to GRAN's

16  residence since September 16, 2005, and that his IP address was dynamically assigned.

17  Comcast also provided an account number for GRAN's internet service.

18       18.    According to the IP logs provided by PayPal, between October 2008 and

19  June 2010, IP address 209.91.50.254 was the dominant IP address used to log in to

20  GRAN's PayPal account. Between June 2010 and July 2010, a different IP address,

21  24.41.33.8, was used to log in to GRAN's PayPal account. Between August 2010 and

22  April 2011, a different IP address, 24.41.62.5, was the dominant IP address used to log in

23  to GRAN's PayPal account. An open source search revealed that these three IP addresses

24  were registered to Earthlink, and leased from Comcast. The existence of different IP

25  addresses used to log in to GRAN's Paypal account over time is consistent with the

26  dynamic IP address assignment as reported by Comcast, and described above in

27  Paragraph 17.

28

COMPLAINT/GRAN - 9

1    19.   On June 3, 2011, the Honorable Mary Alice Theiler, United States

2  Magistrate Judge, signed a court order authorizing a pen register and trap-and-trace

3  device on GRAN's residential internet service account to intercept GRAN's Internet

4  activity for a period of 60 days.  SA Vlad began analyzing the data and determined that,

5  on June 14, 2011, a computer using GRAN's residential internet service account was

6  directly connected to multiple computers at multiple IP addresses on the Gnutella peer-to-

7  peer ("P2P") file-sharing network.  These multiple computers had been observed by law

8  enforcement on the Gnutella P2P network making files with hash values associated with

9  images and videos of child pornography available to other users of the network, which

10  would have included the computer at GRAN's residence.  Through the use of an ICAC

11  tool, SA Vlad was able to identify 16 different users that the computer at GRAN's

12  residence was connected to on June 14, 2011.

13    20.   One of the 16 Gnutella P2P network users directly connected to the

14  computer at GRAN's residence was a user with the IP address of 74.83.17.178.  GRAN's

15  internet activity showed a connection to this IP address on June 14, 2011 at 8:24 AM

16  PDT (3:24 PM UTC).  This IP address was listed on the ICAC website as having five

17  files available for trading on June 14, 2011 at 6:25 AM PDT (1:25 PM UTC) through

18  10:26 AM PDT (5:26 PM UTC).  The five files had names, which, based on my training

19  and experience, consisted of words and/or terms related to child pornography, e.g.,

20  "Lolitas," "R@Ygold," "Hussyfan," "PTHC," "preteen," and "kiddy."  Additionally, the

21  five files available for sharing were an exact hash value match to files known by other

22  ICAC investigators as containing images of child pornography.  One of the images, with

23  the SHA-1 hash value of SH3VBAZGY6Y76FWZF5KW6QLFAMI27EMZ, was

24  described by ICAC investigator David Frattare of the Cuyahoga County Prosecutor's

25  Office as follows:

26        This video is 10 minutes and 34 seconds in length and depicts a pre-

27        pubescent female child lying on her back, with her head turned away to the

28

COMPLAINT/GRAN - 10

side. The camera zooms in on the child's vagina, as a male attempts to insert his penis into the child's vagina. The child's fingers are seen spreading her vagina as the male again attempts to insert his penis. The video then transitions to show the child's vagina at a different angle, and a male's fingers are seen spreading and penetrating the child's vagina. The video ends with the male ejaculating onto the outside of the child's vagina.

21.     Based on the information obtained in the investigation, on July 6, 2011, SA Vlad applied for a search warrant for BENJAMIN GRAN's residence in Auburn, Washington. The Honorable James P. Donohue, United States Magistrate Judge, issued the warrant, and agents executed the warrant two days later, on July 8, 2011.

22.     GRAN and P.R. were at the residence when law enforcement executed the search warrant. Initially, after being told by agents that he was not under arrest, did not have to speak with agents and could leave at any time, GRAN agreed to speak with agents. GRAN told agents that he knew Robert Mikelsons. GRAN went on to state that he knew Mikelsons was in jail and said that he expected to be contacted by law enforcement. GRAN stated further that he had been to Amsterdam three times to visit Mikelsons. At that point, GRAN told agents that he wanted to speak to a lawyer before answering any further questions. Agents continued with the search warrant and ultimately seized a large amount of digital media from the residence. GRAN remained at the residence for the duration of the search warrant.

23.     During a subsequent review of the digital media seized from GRAN's residence, SA Vlad located a non-commercial DVD on which the word "Titanic" was written in black marker. SA Vlad reviewed this DVD and found that, instead of the movie "Titanic," the disc contained 45 videos depicting minors engaged in sexually explicit conduct. The videos were within folders labeled "newlong," "newshort," and "old."

24.     I reviewed all 45 of these videos, one of which is described below. This video was located in the "old" folder on the DVD:

COMPLAINT/GRAN - 11

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

> File Path/Name: babyshivid-pussyplay04.avi
>
> This video is approximately twenty-eight seconds in length. The video depicts what appears to be a white prepubescent female (hereinafter referred to as the "child victim"), who is shown nude and lying on her back with her legs spread, exposing her genital area. The video also depicts the hand and erect penis of an adult male between the legs of the child victim. The adult male's erect penis is pressed up against the genital area of the child victim. The view of the camera is from the adult male's perspective looking down onto the child victim. During the length of the video, the adult male is seen rubbing his erect penis up against the genital area of the child victim and ejaculating. The child victim has no visible pubic hair, no visible breast development, is young in appearance, and is slight in stature as compared to the adult male. The child victim appears to be between three to five years of age.

25. Because two people, BENJAMIN GRAN and P.R., shared the residence, on March 20, 2012, SA Vlad and I interviewed P.R. about the "Titanic" DVD containing child pornography. P.R. stated that he had no knowledge of the "Titanic" DVD containing child pornography, did not make the DVD, and had never seen the movie "Titanic." P.R. further told agents that the handwriting on the "Titanic" DVD was BENJAMIN GRAN's. As noted above, P.R. was present during the search warrant at the residence on July 8, 2011. In a post-*Miranda* interview of P.R. conducted during the search warrant, P.R. stated that he and GRAN had been living together as partners for seven to eight years. During that July 8, 2011, interview, in what agents interpreted as an attempt to protect GRAN, P.R. said that he would take responsibility for whatever agents found during the search warrant. This comment by P.R. initially led agents to believe that P.R. was taking responsibility for any child pornography found during the search warrant. In fact, not only did agents locate child pornography as a result of the search warrant (on the "Titanic" DVD, as described in Paragraphs 23-24, above), agents also found personal use amounts of marijuana at the residence. During the later March 20, 2012, interview with P.R., P.R. clarified to agents that his previous statement to agents

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  regarding taking responsibility for whatever agents found as a result of the search warrant
2  was made in reference to the marijuana. P.R. further explained to agents that he had no
3  knowledge of any pedophile- or child pornography-related activities by GRAN, and
4  stated clearly to agents that his previous comments were aimed at taking responsibility
5  for the marijuana, not the child pornography.
6      26.    HSI Computer Forensic Agent (CFA) Chris Polinksy examined an
7  additional piece of digital media seized during the July 8, 2011, search warrant, a Seagate
8  hard disk drive (HDD) found inside a generic desktop computer located in GRAN's and
9  P.R.'s shared home office. CFA Polinsky imaged the Seagate HDD and prepared the
10  images and videos from the allocated and unallocated areas of the HDD for review by SA
11  Vlad. SA Vlad conducted a review of both the allocated and unallocated areas of the
12  HDD, and did not find any images or videos of child pornography. CFA Polinsky then
13  conducted further forensic examination of the Seagate HDD using specialized computer
14  forensic tools that scan the unallocated space for "Master File Table" (MFT) entries of
15  deleted or "orphaned" files. The MFT contains the attributes of every file and directory
16  presently stored on a computer, including the size, time and date stamps, permissions,
17  and file/directory name(s).  When a file has been "orphaned," both it and its parent
18  directory have been deleted. However, the specialized computer forensics tools can
19  nonetheless locate information about the "orphaned" files, to include the file names.
20      27.    The results of CFA Polinsky's examination revealed that the exact same
21  file names of all 45 of the video files found on the "Titanic" DVD were listed as MFT
22  entries on the Seagate HDD. The files themselves, however, had all been overwritten
23  with other files, i.e., photos and videos under a folder titled "phil_and_bens_photos," and
24  thus their contents could not be recovered. Based on the fact that the exact same file
25  names of the 45 video files of child pornography found on the "Titanic" DVD, including
26  the file name of the video described in Paragraph 24, were recovered from the MFT
27  entries on the Seagate HDD, and based on CFA Polinsky's training and experience, the
28

COMPLAINT/GRAN - 13

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   Seagate HDD once contained those same 45 video files of child pornography.  Based on
2   CFA Polinksy's training and experience, this is consistent with someone copying the 45
3   video files of child pornography from the Seagate HDD to a DVD, deleting the 45 video
4   files from the Seagate HDD, and copying new data onto the Seagate HDD to overwrite
5   the deleted files.

6       28.     In October 2011, HSI Seattle submitted these 45 videos files to the National
7   Center for Missing and Exploited Children (NCMEC) for comparison against the Child
8   Recognition Identification System (CRIS).  In December 2011, NCMEC reported that 13
9   of the 45 video files depicted identified victims of child sexual abuse.  NCMEC further
10  reported that these 13 video files had all been produced outside the State of Washington.

11  //

12  //

13  //

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT/GRAN - 14

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## II. CONCLUSION

29.    Based on the above facts, I respectfully submit that there is probable cause to believe that BENJAMIN GRAN knowingly received and attempted to receive child pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1), and knowingly possessed child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

Timothy A. Ensley, Complainant
Special Agent, HSI

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 4 day of June, 2013.

JAMES P. DONOHUE
United States Magistrate Judge

COMPLAINT/GRAN - 15

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800