PROB 12A-NOD
(01/13)

# UNITED STATES DISTRICT COURT
for
## Western District of Washington
Report on Offender Under Supervision

**Name of Offender:** Benjamin Gran  **Case Number:** 2:13CR00207JLR-001
**Name of Judicial Officer:** The Honorable James L. Robart, United States District Judge
**Date of Original Sentence:** 02/24/2014  **Date of Report:** 12/20/2017
**Original Offense:** Possession of Child Pornography
**Original Sentence:** 24 months imprisonment and a lifetime of supervised release
**Type of Supervision:** Supervised release  **Date Supervision Commenced:** 12/31/2015
**Special Conditions Imposed:**

☐ Substance Abuse ☐ Financial Disclosure ☐ Restitution:
☒ Mental Health ☐ Fine ☐ Community Service
☒ Other: All sex offender special conditions including treatment, registration requirements, computer monitoring, and participation in an autism treatment program.

## NOTICE OF OFFENDER DEATH

On December 18, 2017, Mr. Gran boarded Amtrak Train 501 in Tacoma, Washington to participate in the inaugural ride on the new train track. Unfortunately, the train derailed and Mr. Gran perished in the tragedy. His family was notified of his death on the evening of December 19, 2017 by Washington State Patrol troopers and chaplains who met at the family home. His mother, Linda Gran-Daniels, had been in constant contact with me throughout the past two days. She also called me after the troopers and chaplains left. Mr. Gran loved trains and was excited to be on the first ride. I met with him at his home on December 16, 2017, and he shared with me how he was looking forward to riding the new rails. Mr. Gran recently completed treatment, was employed, and had been doing very well on supervision.

At this time, I am requesting interest in his case be closed.

I swear under penalty of perjury that the
foregoing is true and correct.

APPROVED:
Connie Smith
Chief United States Probation and Pretrial Services Officer

Executed on this 20th day of December, 2017.  BY:

*Jamie M. Halvorson*  *Brenda L. Amundson*
Jamie M. Halvorson  Brenda L. Amundson
United States Probation Officer  Assistant Deputy Chief United States Probation Officer

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ Judicial Officer closes interest in this case.

_____
Signature of Judicial Officer

21 December 2017
Date